**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02914-RPM-KMT

CINDY QUINTERO,

       Plaintiff,

v.

FIRST NATIONAL COLLECTION BUREAU, INC., a Nevada corporation,

       Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant

to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY

ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own

attorney's fees and costs.


       BY THE COURT:


December 19, 2012       s/Richard P. Matsch

_____      _____

DATE                Richard P. Matsch, Senior District Judge